F. HAMILTON

WICKMANN, JR.

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF INDIANA

FILED
DISTRICT COURT

04 OCT 13 PM 2: 11

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| SHIRLEY MATTINGLY<br>3514 Bank Street<br>Louisville, KY 40212<br><br>Plaintiff<br><br>vs.<br><br>WILLIAM G. TROUTMAN<br>919 McKinley Avenue<br>Clarksville, IN 47129<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

4:04-CV-0209DFH - WGH

CIVIL ACTION NO._____

## **COMPLAINT**

Comes now the Plaintiff, SHIRLEY MATTINGLY, and for her cause of action and Complaint, states as follows:

1. That on or about July 17, 2003, she was a resident and domicilliary of Louisville, Jefferson County, Kentucky.

2. That on or about that date, the Defendant was a resident and domicilliary of Clarksville, Clark County, Indiana.

3. That all events that transpired herein occurred in Clark County, Indiana.

4. That on the date aforementioned the Defendant was negligent in the

operation, maintenance and control of a motor vehicle owned by him, causing it to collide with the vehicle of the Plaintiff.

5. That as a direct and proximate result of the action and conduct complained of, the Plaintiff was caused to be injured in and about the body, has suffered and will in the future suffer pain of body and mind, has incurred medical expenses and will in the future incur medical expenses, was unable to transact the usual duties of her occupation, her power to labor and earn income having been permanently impaired.

6. That the damages of the Plaintiff are sufficient to invoke this Court's jurisdiction.

7. That the misconduct of the Defendant is the proximate cause of the damages suffered by the Plaintiff, or a substantial factor in causing same.

WHEREFORE, Plaintiff respectfully demand as follows:

1. Judgment for Plaintiff against the Defendant in and amount sufficient to invoke this Court's jurisdiction.

2. A trial by jury on all issues so triable.

3. For her costs expended herein.

4. Any and all other relief to which the Plaintiff may otherwise appear entitled.

J. ANDREW WHITE
Attorney for Plaintiff
Marion Wesley White Building
734 South First Street
Louisville, KY 40202
Ph: (502) 585-5522